SMITH, APPELLANT, ET AL., *v.* INLAND PAPERBOARD & PACKAGING, INC.,

ET AL., APPELLEES.

**[Cite as *Smith v. Inland Paperboard & Packaging, Inc.*,**

**126 Ohio St.3d 64, 2010-Ohio-3133.]**

*Certified question answered in the affirmative and judgment of the court of appeals affirmed on the authority of Kaminski v. Metal & Wire Prods. Co. and Stetter v. R.J. Corman Derailment Servs., L.L.C.*

(Nos. 2009-1471 and 2009-1546 — Submitted March 31, 2010 — Decided

July 8, 2010.)

CERTIFIED by and APPEAL from the Court of Appeals for Portage County,

No. 2008-P-0072, 2009-Ohio-3148.

_____

**{¶ 1}** The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *Kaminski v. Metal & Wire Prods. Co.*, 125 Ohio St.3d 250, 2010-Ohio-1027, 927 N.E.2d 1066, and *Stetter v. R.J. Corman Derailment Servs., L.L.C.*, 125 Ohio St.3d 280, 2010-Ohio-1029, 927 N.E.2d 1092.

**{¶ 2}** Appellant's motion for full briefing and argument or, in the alternative, for remand is denied.

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinions in *Kaminski v. Metal & Wire Prods. Co.* and *R.J. Corman Derailment Servs.*

BROWN, C.J., not participating.

_____

Paul W. Flowers Co., L.P.A., and Paul W. Flowers; and Webster, Dubyak & Weyls Co., L.P.A., and John R. Liber II, for appellant.

Kastner, Westman & Wilkins, L.L.C., Keith L. Pryatel, and Thomas Evan Green, for appellees.

_____